Berman, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————— x
INDIE RESEARCH, LLC AND VIZUE, LLC,

        Plaintiffs,

  - against -

NEXT PARADIGM PRESS, INC., and
JOHN MICHAEL MURPHY,

        Defendants.
——————————————————— x

11 Civ. 02255

**Amended**
**FINAL JUDGMENT ON CONSENT**
**AND PERMANENT INJUNCTION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/12

      Plaintiffs Indie Research, LLC and Vizue, LLC ("Plaintiffs") and Defendants Next Paradigm Press, Inc. and John Michael Murphy (Defendants; collectively with Plaintiffs, the "Parties") stipulate and agree to a final judgment and permanent injunction (this "Judgment") upon the terms set forth herein, and it is therefore DECLARED, ADJUDGED AND DECREED that:

      1. This Court has subject-matter jurisdiction over the claims asserted by Plaintiffs in this action and personal jurisdiction over Defendants. Venue of this action properly lies in the Southern District of New York.

      2. The Parties waive findings of fact and conclusions of law under Rule 52 of the Federal Rules of Civil Procedure, except as set forth herein.

      3. This Judgment may be entered without the taxation of costs or award of attorneys' fees as to either party and without further notice.

4. Plaintiffs have satisfied all statutory prerequisites to the filing of this action under the Copyright Act, 17 U.S.C. § 101 *et seq.*

5. Pursuant to Federal Rule of Civil Procedure 65, Defendants and their agents, servants, employees, affiliates, subsidiaries, and all other persons in active concert and participation with them are immediately and permanently enjoined from infringement of Plaintiffs' copyrights in content published as part of Plaintiffs' "Next Inning Technology Research" newsletter located at www.nextinning.com.

6. This Judgment shall be binding upon and inure to the benefit of the Parties and their successors and assigns.

7. This Judgment may be specifically enforced by contempt and injunction in addition to any other remedy that might be authorized by law. Any costs and expenses, including legal fees, incurred by a Party in connection with the enforcement of this Judgment will be paid by the Party against whom it is enforced.

8. This Judgment is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure, and this action is hereby dismissed with prejudice, save that this District Court ~~shall~~ may retain jurisdiction over this action, including, without limitation, over implementation of, or disputes arising out of, this Judgment, enforcement of the injunctive provisions hereof, the parties' agreement of settlement of this action, and any other judgment entered pursuant to the parties' agreement of settlement of this action.

Dated:   New York, New York
         February 15, 2012

Consented to as to form and substance:

2

5081652v.1

PATTERSON BELKNAP WEBB & TYLER LLP
Attorneys for Plaintiffs

By: _____
/Robert P. LoBue (RL-2284)
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Fax: (212) 336-2222

**INDIE RESEARCH, LLC**

By: _____

Its William C. Martin, Managing Member

**VIZUE, LLC**

By: _____

Its

SCOTT ZARIN & ASSOCIATES P.C.
Attorney for Defendants

By: _____
Scott Zarin
1700 Broadway, Suite 3100
New York, New York 10019
Telephone: (212) 580-3131
Fax: (212) 580-4393

**NEXT PARADIGM PRESS, INC.**

By: _____

Its

**JOHN MICHAEL MURPHY**

_____

So Ordered:

_____

3

5081652v.1

PATTERSON BELKNAP WEBB & TYLER LLP          SCOTT ZARIN & ASSOCIATES P.C.
Attorneys for Plaintiffs                    Attorney for Defendants

By: _____         By: _____
    Robert P. LoBue (RL-2284)                   Scott Zarin
1133 Avenue of the Americas                 1700 Broadway, Suite 3100
New York, New York 10036-6710               New York, New York 10019
Telephone: (212) 336-2000                   Telephone: (212) 580-3131
Fax: (212) 336-2222                         Fax: (212) 580-4393

**INDIE RESEARCH, LLC**                     **NEXT PARADIGM PRESS, INC.**

By: _____         By: _____

Its                                         Its

**VIZUE, LLC**                              **JOHN MICHAEL MURPHY**

By: _[signature]_____             _____

Its


So Ordered:

_____


3

5081652v 1

| | |
|---|---|
| PATTERSON BELKNAP WEBB & TYLER LLP<br>Attorneys for Plaintiffs | SCOTT ZARIN & ASSOCIATES P.C.<br>Attorney for Defendants |
| By: _____<br>Robert P. LoBue (RL-2284)<br>1133 Avenue of the Americas<br>New York, New York 10036-6710<br>Telephone: (212) 336-2000<br>Fax: (212) 336-2222 | By: __/s/ Scott Zarin_____<br>Scott Zarin<br>1700 Broadway, Suite 3100<br>New York, New York 10019<br>Telephone: (212) 580-3131<br>Fax: (212) 580-4393 |
| INDIE RESEARCH, LLC | NEXT PARADIGM PRESS, INC. |
| By: _____<br><br>Its _____<br>VIZUE, LLC | By: x /s/ Caroline Diana Cunningham<br><br>Its PRESIDENT<br>JOHN MICHAEL MURPHY |
| By: _____<br><br>Its _____ | /s/ John Michael Murphy |

So Ordered:

/s/ Richard M. Berman    2/16/12

3